No. 260. THE LAST CHANCE MINING COMPANY ET AL., PETITIONERS, *v.* BUNKER HILL AND SULLIVAN MINING AND CONCENTRATING COMPANY. January 8, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George Turner* and *Mr. W. B. Heyburn* for petitioners. *Mr. Curtis H. Lindley, Mr. Henry Eickhoff* and *Mr. M. A. Folsom* for respondent.

No. 437. EMPIRE STATE-IDAHO MINING AND DEVELOPMENT COMPANY, PETITIONER, *v.* BUNKER HILL AND SULLIVAN MINING AND CONCENTRATING COMPANY. January 8, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George Turner* and *Mr. F. T. Post* for petitioner. *Mr. Curtis H. Lindley, Mr. Henry Eickhoff* and *Mr. M. A. Folsom* for respondent.

No. 523. JOACQUIN F. DE VIGNIER ET AL., PETITIONERS, *v.* THE CITY OF NEW ORLEANS. January 8, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. (MR. JUSTICE WHITE took no part in the disposition of this application.) *Mr. Richard DeGray, Mr. John D. Rouse* and *Mr. William Grant* for petitioners. No appearance for respondent.

